UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 3:24-cr-65

vs.

CHRISTOPHER JEWETT,               District Judge Michael J. Newman

    Defendant.

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 28); (2) TERMINATING AS MOOT THE PARTIES' JOINT MOTION FOR CHANGE OF PLEA HEARING (Doc. No. 25); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNTS FOUR AND SEVEN OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 28), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The parties' joint motion to change plea (Doc. No. 25) is **TERMINATED AS MOOT**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Counts Four and Seven of the Indictment, production of child pornography (with a prior offense), in violation of 18 U.S.C. § 2251(a) and (e). The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

October 21, 2024                                     s/*Michael J. Newman*
                                                          Hon. Michael J. Newman
                                                          United States District Judge